UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORRINA HAHN,

        Plaintiff,              Honorable Patrick J. Duggan

-vs-                           Case No.: 2:10-12370-TLL-CEB

BEST RECOVERY SERVICES, LLC,
SUPERIOR PONTIAC, BUICK, GMC,
INC. D/b/a Superior Auto Group,

        Defendants.

| | |
|---|---|
| **IAN B. LYNGKLIP (P47173)**<br>**LYNGKLIP & ASSOCIATES**<br>**CONSUMER LAW CENTER, PLC**<br>Attorneys for Plaintiff<br><br>24500 Northwestern Highway, Suite 206<br>Southfield, MI 48075<br>(248) 208-8864<br>IanLyngklip@Att.Net | **JOHN E. McSORLEY (P17557)**<br>**TIMOTHY J. JORDAN (P46098)**<br>**GARAN LUCOW MILLER, P.C.**<br>Attorneys for Defendant **BEST RECOVERY**<br>1000 Woodbridge Street<br>Detroit, MI 48207-3192<br>(313) 446-5511<br>Jmcsorley@garanlucow.com<br>Tjordan@garanlucow.com |
| **ROBERT E. PACKUS, JR. (P48194)**<br>**MOFFETT, VITU, LASCOE & PACKUS, P.C.**<br>Attorneys for Defendant **SUPERIOR**<br>255 East Brown Street, Suite 340<br><br>Birmingham, MI 48009<br>(248) 646-5100<br>rpackus@mdaal.com | **LORI L. BOMMARITO (P57465)**<br>**ZOLTON LAW OFFICES**<br>Attorneys for Defendant **BEST RECOVERY**<br>6420 Normandy Drive<br>Saginaw, MI 48638<br>(989) 792-111<br>Lpretzer2000@yahoo.com |

## ORDER PERMITTING SUBSTITUTION

At a session of said Court held in the Theodore Levin U.S. Courthouse,
City of Detroit, County of Wayne, State of Michigan, on:
November 15, 2010 .

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT COURT JUDGE

In accordance with the foregoing written substitution of attorneys;

**IT IS HEREBY ORDERED** that John E. McSorley of the **GARAN LUCOW MILLER, P.C.**, may be and hereby is substituted as counsel representing Defendant, **BEST RECOVERY SERVICES, LLC**, in the above cause.

<u>s/Patrick J. Duggan</u>
Patrick J. Duggan
United States District Judge

Dated: November 15, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 15, 2010, by electronic and/or ordinary mail.

<u>s/Marilyn Orem</u>
Case Manager

Document #HAHN - ORDER SUB SERV.wpd