UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - - SOUTHERN DIVISION

CORRINA HAHN,
    Plaintiff,

v                                       Case No. 2:10-cv-12370-PJD-RSW
                                       Hon. Patrick J. Duggan

BEST RECOVERY SERVICES, L.L.C.,
SUPERIOR PONTIAC BUICK GMC, INC.,
d/b/a Superior Auto Group,
ALLY FINANCIAL, INC.,
f/k/a GENERAL MOTORS ACCEPTANCE
CORPORATION,
    Defendants.
_____/

FINAL
**STIPULATED ORDER OF DISMISSAL AS TO SUPERIOR
PONTIAC BUICK GMC, D/B/A SUPERIOR AUTO GROUP, ONLY, WITH PREJUDICE
AND WITHOUT COSTS, ATTORNEY FEES OR SANCTIONS TO EITHER PARTY**

      This matter having come before the Court on the Stipulation of the parties hereto, through their respective counsel, and the Court being more fully advised in the premises;

      **IT IS HEREBY ORDERED AND ADJUDGED** that the instant action be dismissed, as to Superior Pontiac Buick GMC, d/b/a Superior Auto Group, only, with prejudice and without costs, attorney fees or sanctions to either party.

      The Court retains jurisdiction to enforce the settlement in this case.

          **s/Patrick J. Duggan**
          Patrick J. Duggan
          United States District Judge

Dated: April 4, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, April 04, 2011, by electronic and or ordinary mail.

          s/Marilyn Orem
          Case Manager


I STIPULATE TO THE ENTRY OF
THE WITHIN ORDER:

/s/ Ian B. Lyngklip w/permission            /s/ Robert E. Packus, Jr.
IAN B. LYNGKLIP (P47173)                ROBERT E. PACKUS, JR.
Attorney for Plaintiff                           Attorney for Defendant Superior